IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:21-cv-00504-PGB-EJK

SOUTHERN-OWNERS
INSURANCE COMPANY,

    Plaintiff,

v.

WATERHOUSE CORPORATION;
NURSERY SUPPLIES, INC; and
DARRELL PATTERSON,

    Defendant.
_____/

## NOTICE OF APPEAL

Plaintiff, SOUTHERN-OWNERS INSURANCE COMPANY, by and through its undersigned counsel, appeals to the United States Court of Appeals for the Eleventh Circuit, the Final Judgment in favor of Defendants, rendered on July 26, 2022 [DE 77].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above was served through the CM/ECF filing system

which will provide copies to all parties on the attached Service List this 15th day of August, 2022.

                                       s/ Jeffrey C. Cosby, Esq.
                                       *Jeffrey C. Cosby, Esq.*
                                       Florida Bar No. 0967981
                                       *Carri S. Leininger, Esq.*
                                       Florida Bar No. 0861022
                                       *Jessica L. Gregory, Esq.*
                                       Florida Bar No. 92019
                                       Eservice to: eservice@wlclaw.com
                                       Attorneys for Plaintiff
                                       Williams, Leininger & Cosby, P.A.
                                       11300 US Highway One, Suite 300
                                       North Palm Beach, Florida 33408
                                       Telephone No. (561)615-5666
                                       Facsimile No. (561)615-9606